UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>JAE YOON HWANG dba CHAMP SPORTSWEAR,<br><br>            Defendants. | Civil No. 07cv0919 BEN(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

    On August 22, 2007, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

    The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

    1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

1    2.   The rule 26(f) conference shall be completed on or before
2 September 14, 2007.
3    3.   No discovery plan is required.
4    4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
5 shall occur on or before September 28, 2007.
6    5. Counsel, all parties, and any other person(s) whose
7 authority is required to negotiate and enter into a settlement
8 shall appear in person on January 10, 2008, at 2:00 p.m. in the
9 chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
10 Courts Building, 940 Front Street, Room 1185, San Diego,
11 California, 92101-8926, for a further settlement conference.
12    Plaintiff's(s') counsel shall serve a copy of this order on
13 all parties that enter this case after the date of this order.
14    Failure of any counsel or party to comply with this order may
15 result in sanctions.
16    IT IS SO ORDERED.
17
18 DATED:  August 22, 2007
   Ruben B. Brooks
19                              United States Magistrate Judge
20 cc:
   Judge Benitez
21 All Parties of Record